1  ERIC GRANT
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Defendant
7
                    IN THE UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 LEOPOLDO VILLA LARA,                    CASE NO. 2:25-CV-01630-TLN-CKD

11                  Plaintiff,             STIPULATION AND ORDER FOR REMAND
                                           PURSUANT TO 8 U.S.C. § 1447(b)
12        v.

13 KRISTI NOEM, in her official capacity as
   Secretary of Homeland Security,
14
15                  Defendant.

16
17
18
19
20
21
22
23
24
25
26
27
28

This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to U.S. Citizenship and Immigration Services with instructions to adjudicate the matter within 7 days of the order of remand.

IT IS SO STIPULATED.

Dated: November 19, 2025

ERIC GRANT
United States Attorney

/s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney

Dated: November 19, 2025

/s/ KEVIN CRABTREE
KEVIN CRABTREE
Counsel for Plaintiff

## ORDER

Pursuant to 8 U.S.C. § 1447(b), U.S. Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 7 days of the date of this Order.

IT IS SO ORDERED.

DATED: November 19, 2025

Troy L. Nunley
Chief United States District Judge