ERIC GRANT
United States Attorney
SHELLEY WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO VILLA LARA,<br><br>                    Plaintiff,<br><br>          v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>               Defendant. | CASE NO.  2:25-CV-01630−TLN−CKD<br><br>STIPULATION AND ORDER Re: SECOND EXTENSION OF TIME |

1

Plaintiff and Defendant USCIS, by and through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline for Defendant to respond to the motion for EAJA fees and the motion for judgment up to and including May 8, 2026, in order permit the parties time to discuss a potential settlement and for Defendant to finalize and file its response to the motions if necessary.

Respectfully submitted,

Dated:  April 4, 2026

ERIC GRANT
United States Attorney

/s/ SHELLEY WEGER
SHELLEY WEGER
Assistant United States Attorney

Dated:  April 4, 2026

/s/ KEVIN CRABTREE
KEVIN CRABTREE
Counsel for Plaintiff

**IT IS SO ORDERED.**

DATED: April 6, 2026

_____
Troy L. Nunley
Chief United States District Judge

2