ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO VILLA LARA,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,<br><br>Defendant. | CASE NO. 2:25-CV-01630-TLN-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

On September 16, 2026, the Court ordered supplemental briefing concerning Plaintiff/ Petitioner's motion for entry of judgment. *See* ECF 21. The Court ordered Petitioner to file a supplemental brief by September 18, 2026, and Respondents to file any response by September 22, 2026. The parties have conferred and both require additional time. The parties hereby stipulate and request that the Court enter the following modified briefing schedule:

1. Plaintiff/Petitioner's Supplemental Brief due by Monday, October 13, 2026.
2. Defendant/ Respondent's Reply Brief due by Wednesday, November 4, 2026.

IT IS SO STIPULATED.

Dated: September 18, 2026

ERIC GRANT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: September 18, 2026

/s/ KEVIN CRABTREE
KEVIN CRABTREE
Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated: September 21, 2026

Troy L. Nunley
Chief United States District Judge